IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINGINHO POWELL, on behalf of himself and a class, ) ) ) ) Plaintiff, ) ) v. ) ) COLLECTO, INC. d/b/a ) COLLECTION COMPANY OF AMERICA ) d/b/a ) EOS CCA ) ) Defendant. ) | Case No.: 1:10-cv-3709<br><br>Hon. Judge Kendall<br><br>Magistrate Judge Mason |

**AGREED MOTION FOR ENLARGEMENT OF TIME**

NOW COMES Plaintiff, DOMINGINHO POWELL, on behalf of himself and a class, by his attorney, Alexander Burke and Defendant, COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA d/b/a EOS CCA, by its attorneys David M. Schultz, James C. Vlahakis and Daniel R. Degen, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this Court grant an enlargement of time to file a responsive pleading to the plaintiff's complaint until August 12, 2010, and in support thereof, states as follows:

1. On June 15, 2010, plaintiff filed a one count class action complaint alleging violations of the Telephone Consumer Protection Act ("TCPA").

2. Defendant was served on June 17, 2010.

3. On July 8, 2010, Defendant filed an unopposed motion for enlargement of time to answer or otherwise plead to Plaintiff's Complaint. (ECF #15)

4. On July 9, 2010, this Court entered an order granting the Motion for Enlargement and allowed for Defendant to file an answer or otherwise responsive pleading by July 29, 2010. (ECF #17)

5. Defendant's principle contact person is currently unavailable to consult with defense counsel with regard to responding to the Complaint. Counsel for Plaintiff and Defendant have discussed the matter and have agreed to allow Defendant until August 12, 2010 for Defendant to answer or otherwise plead to Plaintiff's Complaint.

6. The enlargement of time is not meant for purposes of delay.

7. The parties are attempting to advance this case and have held a Rule 26(f) conference and have agreed to certain discovery dates which they will provide to this Court at the parties' next status.

WHEREFORE, Plaintiff, DOMINGINHO POWELL, on behalf of himself and a class, and Defendant, COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA d/b/a EOS CCA, request that this Court enter an order allowing for Defendant until August 12, 2010 to answer or file a responsive pleading to the complaint, and for any further relief that this court deems appropriate and just.

Respectfully submitted,

COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA d/b/a EOS CCA

By: /s/ *James C. Vlahakis*_____
One of Its Attorneys

David M. Schultz, ARDC Number 6197596
James C. Vlahakis, ARDC Number 6230459
Daniel R. Degen, ARDC Number 6296199
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
dschultz@hinshawlaw.com
jvlahakis@hinshawlaw.com
ddegen@hinshawlaw.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on **July 29, 2010**, I electronically filed the above and foregoing **AGREED MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

      HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz, ARDC Number 6197596 | /s/ *James C. Vlahakis* |
| Daniel R. Degen, ARDC Number 6296199 | James C. Vlahakis |
| Hinshaw & Culbertson LLP | |
| 222 N. LaSalle Street, Suite 300 | |
| Chicago, Illinois  60601 | |
| 312-704-3000 | |
| dschultz@hinshawlaw.com | |
| ddegen@hinshawlaw.com | |

6590355v1999999 999999