IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOMINGINHO POWELL on behalf of himself )
and others similarly situated, ) 1:10-cv-3709
    Plaintiff, )
) Judge Kendall
        v. )
)
COLLECTO, INC. d/b/a )
COLLECTION COMPANY OF AMERICA d/b/a ) JURY DEMANDED
EOS CCA, )
    Defendant.

## Parties' Initial Status Report

**1. The attorneys of record for each party including the attorney(s) expected to try the case;**

    Alexander H. Burke for plaintiff;

    David M. Schultz and James C. Vlahakis for Defendant.

**2. The basis for federal jurisdiction;**

    Federal question jurisdiction.

**3. The nature of the claims asserted in the complaint and any expected counterclaim;**

    Plaintiff alleges that defendant called plaintiff and others on their cell phones using an automatic telephone dialing system and prerecorded voice message. No counterclaims are expected at this time.

**4. The name of any party not yet served and the circumstances regarding non-service;**

    All parties have been served.

**5. The principal legal issues;**

Whether the recipients consented to defendant calling them on their cell phones using an autodialer or prerecorded message and whether a class exists, whether it can be identified and whether one should be certified.

**6. The principal factual issues;**

Whether the recipients consented to defendant calling them on their cell phones using an autodialer or prerecorded message. Whether the prior owner of the cell phone number purportedly owned by Plaintiff consented to being called on her cell phone using an "autodialer" or prerecorded message Whether Defendant used an "autodialer."

**7. Whether a jury trial is expected by either party;**

Plaintiff has requested a jury trial.

**8. A short description of any discovery undertaken to date and any anticipated in the future;**

Plaintiff has initiated discovery and has noticed depositions to take place in September. By agreement of the parties, Plaintiff's noticed 30(b)(6) deposition will take place in Boston, Massachusetts on September 23, 2010.

**9. The earliest date the parties will be ready for trial and the length of the trial;**

Three day trial around July 2011.

**10. Whether the parties unanimously consent to proceed before the Magistrate Judge;**

The parties do not unanimously consent to proceed before the magistrate judge.

**11. The status of any settlement discussions and whether the parties request a settlement conference.**

Plaintiff requires class information to make a meaningful settlement demand, and has included requests for this in his discovery. Defendant wants to see records demonstrating when Plaintiff owned the subject cell phone number before determining whether an individual settlement is appropriate. At the same time, Defendant is reviewing its records to determine whether a class exists and whether a class can be identified. Upon completion, Defendant may make a class based offer.

Respectfully submitted,

| | |
|---|---|
| /s/Alexander H. Burke | /s/James C. Vlahakis |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| Alexander H. Burke | David M. Schultz |
| **BURKE LAW OFFICES, LLC** | James C. Vlahakis |
| | Daniel R. Degen |
| 155 N. Michigan Ave., Suite 9020 | Hinshaw & Culbertson, LLP |
| Chicago, IL 60601 | 222 N. LaSalle, Suite 300 |
| (312) 729-5288 | Chicago, IL 60601 |
| (312) 729-5289 (fax) | 312-704-3715 |
| ABurke@BurkeLawLLC.com | 312-704-3001 (fax) |
| www.BurkeLawLLC.com | |

August 26, 2010

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on August 26, 2010, I electronically filed the above referenced document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

    By:  <u>/s/ James C. Vlahakis</u>
    James C. Vlahakis   06230459
    Attorney for Defendant
    HINSHAW & CULBERTSON LLP
    222 North LaSalle, Suite 300
    Chicago, IL 60601
    tel: 312-704-3000
    fax: 312-704-3001
    jvlahakis@hinshawlaw.com