**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DOMINGINHO POWELL on behalf of himself and others similarly situated, </br>    Plaintiff, </br></br>        v. </br></br>COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA d/b/a EOS CCA, </br>    Defendant. | Case No.: 1:10-cv-3709 </br></br> Hon. Judge Kendall </br></br> Magistrate Judge Mason |

**<u>AGREE MOTION TO ASSIGN THIS CASE TO MAGISTRATE JUDGE MASON FOR A SETTLEMENT CONFERENCE</u>**

NOW COMES Defendant, COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA d/b/a EOS CCA ("Defendant"), and moves this Honorable Court to issue a minute order assigning this case to Magistrate Judge Mason for a Settlement Conference, and in support states:

1.  The parties have engaged in discovery and Plaintiff's class certification motion is due shortly.  Plaintiff has made a settlement demand and Defendant is in the process of attempting to define the proposed class and is also responding to Plaintiff's demand.

2.  The parties have conferred and agree that it would be beneficial for this Court to issue a minute order assigning this case to Magistrate Judge Mason for a Settlement Conference.

WHEREFORE, Defendant, with the agreement of Plaintiff,  respectfully requests that this Honorable Court to issue a minute order assigning this case to Magistrate Judge Mason for a Settlement Conference.

2

                                                    COLLECTO, INC. d/b/a
COLLECTION COMPANY OF
AMERICA d/b/a EOS CCA

*/s/ James C. Vlahakis*
James C. Vlahakis
ARDC No. 6230459
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

130030643v1 0914300 65872

## CERTIFICATE OF SERVICE

       I hereby certify that on November 5, 2010, I emailed a copy of the above document to counsel of record for Plaintiff:

Alexander Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

                                         Counsel for Defendant,
                                         COLLECTO, INC. d/b/a
                                         COLLECTION COMPANY OF
                                         AMERICA d/b/a EOS CCA

                                         s/James C. Vlahakis
                                         James C. Vlahakis
                                         ARDC No. 6230459
                                         Hinshaw & Culbertson LLP
                                         222 North LaSalle, Suite 300
                                         Chicago, IL 60601
                                         tel: 312-704-3000
                                         fax: 312-704-3001
                                         jvlahakis@hinshawlaw.com