**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DOMINGINHO POWELL on behalf of himself and others similarly situated,<br>  Plaintiff,<br><br>           v.<br><br>COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA d/b/a EOS CCA,<br>  Defendant. | Case No.: 1:10-cv-3709<br><br>Hon. Judge Kendall<br><br>Magistrate Judge Mason |

## **AGREED MOTION TO RESET CLASS CERTIFICATION BRIEFING SCHEDULE**

NOW COMES Defendant, COLLECTO, INC. d/b/a COLLECTION COMPANY OF AMERICA d/b/a EOS CCA ("Defendant"), and moves this Honorable Court to reset the Class Certification Briefing Schedule, and in support state:

1. Currently, Defendant's Response to Plaintiff's Motion for Class Certification is due on Friday, November 26, 2010. In light of the Thanksgiving holiday and a planned trip, defense counsel has asked Plaintiff's counsel for an additional week, until December 3, 2010, to respond to Plaintiff's Motion for Class Certification. Plaintiff has agreed to this request.

2. The parties also agree that Plaintiff's Reply should be filed on or before December 24, 2010.

3. For informational purposes, Plaintiff has filed a motion to compel the production of class data for November 23, 2010, and on this same day the parties will be appearing with Magistrate Judge Soat Brown to set dates for a settlement conference. Accordingly, the parties, collectively, or individually, may seek to modify the Class Certification briefing schedule after consulting with this Court or Magistrate Judge Soat Brown.

WHEREFORE, Defendant respectfully requests that this Honorable Court to issue a minute order assigning granting Defendant until December 3, 2010, to respond to Plaintiff's Motion for Class Certification and granting Plaintiff until December 24, 2010 to file his Reply.

.

        Respectfully submitted,

        Defendant COLLECTO, INC.
        d/b/a COLLECTION COMPANY
        OF AMERICA d/b/a EOS CCA,
        by and through

*/s/ James C. Vlahakis*
James C. Vlahakis
ARDC No. 6230459
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 18, 2010, I emailed a copy of the above document to counsel of record for Plaintiff:

Alexander Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

                                                Counsel for Defendant,
                                                COLLECTO, INC. d/b/a
                                                COLLECTION COMPANY OF
                                                AMERICA d/b/a EOS CCA

                                                s/James C. Vlahakis
                                                James C. Vlahakis
                                                ARDC No. 6230459
                                                Hinshaw & Culbertson LLP
                                                222 North LaSalle, Suite 300
                                                Chicago, IL 60601
                                                tel: 312-704-3000
                                                fax: 312-704-3001
                                                jvlahakis@hinshawlaw.com