**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DOMINGINHO POWELL, on behalf of himself and a class, ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 10-cv-3709 |
| ) | |
| COLLECTO, INC. d/b/a COLLECTION ) COMPANY OF AMERICA d/b/a EOS CCA ) | Judge Kendall |
| ) | Magistrate Judge Mason |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to an individual settlement, entered into by the parties over plaintiff's counsel's objection, the parties respectfully request that the Court dismiss the plaintiff and class members' claims without prejudice.

The parties expect to request dismissal of the plaintiff's individual claims with prejudice, within approximately two weeks.

Respectfully submitted,

/s/ Alexander Burke                             /s/James C. Vlahakis

Burke Law Offices, LLC                       Hinshaw & Culbertson, LLP
155 N. Michigan Ave., Suite 9020      222 N. LaSalle, Suite 300
Chicago, IL 60601                              Chicago, IL 60601
(312) 729-5288                                   312-704-3715
(312) 729-5289 (fax)                          312-704-3001 [fax]
ABurke@BurkeLawLLC.com